**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 07-cr-00321-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.      WILLIAM LYNN YOUNG,

       Defendant.
_____

**ORDER**
_____

      Defendant Young requests a continuance under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv). For the reasons stated on the record during the February 6, 2008, hearing, I find and conclude that (a) failure to grant a continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (b) the ends of justice served by a continuance outweigh the best interests of the public and Defendant in a speedy trial.

      Accordingly, it is ORDERED that:

1.      Defendant's motion to continue [**Docket # 30**] is GRANTED;

2.      The speedy trial clock is tolled until **Friday, May 30, 2008**;

3.      Trial in this matter is set for **Monday, June 2, 2008, at 8:30 am**. The March 3, 2008, trial date is VACATED;

4.      A final trial preparation conference is set for **Friday, May 30, 2008, at 3:00 pm**. The February 22, 2008, trial preparation conference is VACATED;

5. An additional status/scheduling hearing is set for **Friday, May 9, 2008, at 8:30 am** in Courtroom 401 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado;

6. Defense counsel shall, during the period in which the speedy trial clock is tolled, file status reports every twenty days.

Dated: February   6  , 2008.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge