IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 07-cr-00321-LTB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. WILLIAM LYNN YOUNG,

  Defendant.
_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

  This will confirm that, pursuant to Defendant's Notice of Disposition (Doc 33 - filed April 2, 2008), a change of plea hearing regarding Defendant Young is set **Friday, April 18, 2008 at 2:30 p.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: April 7, 2008