IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  07-cr-00321-LTB-01

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     WILLIAM LYNN YOUNG,

       Defendant.

___

**ORDER**
___

Upon Defendant's Pro Se Motion to Reconsider Sentence, Pursuant to Federal Rules of Civil Procedure (Doc 47 - filed April 27, 2011), and Government's Response (Doc 49 - filed May 19, 2011), it is

ORDERED that Defendant's Motion is DENIED for lack of jurisdiction.

                      BY THE COURT:

                      s/Lewis T. Babcock
                      LEWIS T. BABCOCK, Judge

DATED: May 20, 2011